H. Hudson Holly, Respondent, *v.* William H. Guion, Appellant.

(Argued November 20, 1883; decided December 11, 1883.)

*Nathaniel C. Moak* for appellant.

*Luke A. Lockwood* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

C. William Loring, Respondent, *v.* The Lake Shore and Michigan Southern Railway Company, Appellant.

Lucy A. Clark, Respondent, *v.* The Same, Appellant.

Sarah A. Whitman, Respondent, *v.* The Same, Appellant.

These cases presented the same question, and were argued and decided with *Clark* v. *L. S. & M. S. R. Co. (ante,* p. 217).